Attorney for Debtor(s):
Ellen P. Ray, # 32286
Main Street Law Offices
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: Michael Jude Roesser

Case No. 10-33320-T
Chapter 7

## Withdrawal of Motion to Vacate Dismissal of Case

Comes now Michael Roesser, debtor, by counsel, Ellen P. Ray, Esq. and shows the court as follows:

1. Debtor filed a Motion to Vacate Dismissal of Chapter 7 case for Voluntary Dismissal of his chapter 7 case on June 14, 2010.
2. After the filing of the Motion to Dismiss, Debtor discovered that he had large post petition medical debts which would not be discharged in this case if the case were reinstated and discharge was entered.
3. This case has not been converted from a chapter 13 case.

Wherefore, debtor, through counsel, withdraws his motion to Vacate Dismissal of Case.

                                                                     Respectfully submitted
                                                                     **Michael Jude Roesser**

By: \_\_\_\_/s/ Ellen P. Ray_____
                            Counsel

### Certificate of Service

I hereby certify that on this \_\_30th\_\_\_ day of \_\_June\_, 2010\_, I mailed the Motion to Dismiss by first class mail, postage pre-paid to: United States Trustee at 701 E. Broad Street, Rm 4304, Richmond, VA 23219, the trustee, Bruce Matson, PO 2499, Richmond, VA 23218-2499.

                                   \_\_/s/ Ellen P. Ray_____
                                   Ellen P. Ray